B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Rhodes Homes Arizona, LLC**, Debtor

Case No. **09-14882**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 1,215,242.00 | | |
| B - Personal Property | Yes | 8 | 3,148,044.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 392,895,340.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 58,649,202.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 15 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 4,363,286.30 | | |
| Total Liabilities | | | | 451,544,542.03 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Rhodes Homes Arizona, LLC**                                                                Case No.  **09-14882**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash** | - | 500.00 |
| | | **Cash - Flex Spending** | **-** | **5,332.88** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mutual of Omaha Imp Account #xxxx4541, 2510 S. Maryland Pkwy, Suite A, Las Vegas, NV 89109** | - | **465,939.42** |
| | | **Mutual of Omaha Imp Account #xxxx2046, 2510 S. Maryland Pkwy, Suite A, Las Vegas, NV 89109** | - | 4,620.00 |
| | | **Mission Bank Account No. #xxxxx3843, 2439 Hualapai Mountain Road, Kingman, AZ 86401** | - | 127,651.64 |
| | | **Mission Bank Account No. xxxxx4494, 2439 Hualapai Mountain Road, Kingman, AZ 86401** | - | 4,368.05 |
| | | **Mission Bank Account No. xxxxx0653, 2439 Hualapai Mountain Road, Kingman, AZ 86401** | - | 330,589.61 |
| | | **Mutual of Omaha Payroll Account No. xxxx2054** | - | 0.00 |
| | | **CD - Arizona State Registrar (Mission Bank - 2439 Hualapai Mountain Rd, Kingman, AZ  86401)** | - | **16,967.49** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Refundable Deposit - Utilities, Inc., 2335 Sanders Road, Northbrook, Illinois 60062-6108** | - | **75,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

                                                                                            Sub-Total >        **1,030,969.09**
                                                                                        (Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Rhodes Homes Arizona, LLC**, Case No. **09-14882**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Attachment B9 for details** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership in Pinnacle Grading, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Receivable - Rhodes Arizona Properties, LLC** | - | **511,146.37** |
| | | **Intercompany Receivable - Elkhorn Investments, Inc.** | - | **1,383,132.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >  **1,894,278.87**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Rhodes Homes Arizona, LLC**                                         Case No. **09-14882**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chev RCAB** | - | 6,750.00 |
| | | **2007 Chevy Colorado Truck VIN #1GCCS149378109019** | - | 6,750.00 |
| | | **2003 Int'l Model 4700 Water Truck VIN 1HSSCAAN6VH451398** | - | 20,389.84 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attachment B 28 for details** | - | 113,211.13 |
| | | | Sub-Total > (Total of this page) | 147,100.97 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Rhodes Homes Arizona, LLC**                                     Case No.   __09-14882__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaids - see attachment B35 for details** | - | **75,695.37** |

Sub-Total >     **75,695.37**
(Total of this page)
Total >     **3,148,044.30**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| POLICY TYPE | INS CARRIER | POLICY # | ADDRESS | CITY | STATE | ZIP | LIMIT | INCEPTION DATE | EXPIRATION DATE | Annual (Term) Premium at policy inception |
|---|---|---|---|---|---|---|---|---|---|---|
| Wrap Up Liability | Lloyds of London | A71635013 | Jansen & Hastings Intermediaries, LTD, One American Sq. | London | England | EC3N 2LS | $2/2/2 | 10/1/2007 | 10/1/2010 | $2,287,080.00 |
| Excess Liability- Wrap Up | Ins Co. State of PA | 5686492 | 70 Pine Street | New York | NY | 10270 | 15 XS 2 | 10/1/2007 | 10/1/2010 | $1,357,200.00 |
| Excess Liability- Wrap Up | Everest | 71R2000227071 | 477 Martinsville Road, P. O. Box 830 | Liberty Corner | NJ | 07938-0830 | 10 XS 17 | 10/1/2007 | 10/1/2010 | $323,011.00 |
| Wrap Up Liability - X-It/Tuscany | Gemini | CNGP001211 | 475 Steamboat Road | Greenwich | CT | 6830 | $2/2/2 | 1/31/2006 | 1/31/2011 | $1,678,620.00 |
| Excess Liability Wrap Up - X-it/Tuscany | Ins Co. State of PA | 42063585 | 70 Pine Street | New York | NY | 10270 | 8 XS 2 | 1/31/2006 | 1/31/2011 | $912,675.00 |
| General Liability | Colony | AR63602581 | 8720 Stony Point Parkway, Suite 300 | Richmond | VA | 23235 | $1 /2 | 10/1/2008 | 10/1/2009 | $75,515.00 |
| Property/ Contractors Equipment | Hartford | 72UUMAH4276 | Hartford Plaza | Hartford | CT | 06115 | VRS | 10/1/2008 | 10/1/2009 | $40,975.00 |
| Auto | Hartford | 72UENTR0192 | Hartford Plaza | Hartford | CT | 06115 | $1,000,000 | 10/1/2008 | 10/1/2009 | $96,055.00 |
| Excess Auto | Federal | 79840484 | Chubb Group of Insurance Companies-15 Mountain View Road | Warren | NJ | 7059 | $5 XS 1 | 10/1/2008 | 10/1/2009 | $51,600 |
| Builders Risk | Zurich American | BR451252268 | Zurich Assurance Company of American | New York | NY | 10038 | $1 / 10 | 11/1/2008 | 11/1/2009 | $57,765.00 |
| Excess Builders Risk | James River | 72885 | 66641 West Broad Street, Suite 300 | Richmond | VA | 23230 | $5 XS 10 | 11/1/2008 | 11/1/2009 | $16,832.00 |
| Package - Country Clubs | Philadelphia | PHPK360419 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | VRS | 11/1/2008 | 11/1/2009 | $58,870 |
| Umbrella Liability - Country Clubs | Philadelphia | PHUM255030 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | $5 XS 1 | 11/1/2008 | 11/1/2009 | $4,500 |
| NAG - Professional Liability | Evanston | EO838023 | Markel Shand Inc., Ten Parkway North | Deerfield | IL | 60015 | $1,000,000 | 11/26/2008 | 11/26/2009 | $3,579 |
| Directors & Officers Liability | RSUI Indemnity | NHP631252 | 945 E. Paces Ferry Rd., Suite 1800 | Atlanta | GA | 30326 | $5,000,000 | 11/26/2008 | 11/26/2009 | $131,250 |
| Notary E&O | Western Surety | 68361209 | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $25,000 | 4/20/2008 | 4/20/2010 | $176 |
| Notary Bond-Hawkings | Western Surety | 15073680N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/29/2007 | 11/29/2011 | $50 |
| Notary Bond - Harris | Western Surety | 15081094N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/30/2007 | 11/30/2011 | $50 |
| Notary Bond-Fuller(Walters) | Western Surety | 70037061N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 1/23/2006 | 1/23/2010 | $50 |
| Notary Bond-Graham | Western Surety | 15151546N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/16/2006 | 5/16/2012 | $50 |
| Notary Bond - Hall | Western Surety | 70064078N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/10/2006 | 5/10/2010 | $50 |
| Notary Bond-Ransom | Western Surety | 15129472N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 4/4/2006 | 4/4/2012 | $50 |

| Asset Desc | Location | Net Book Value |
|---|---|---:|
| Office Furniture | 313 S. Aztec Rd., Golden Valley, AZ 86413 | 2,485.26 |
| Furniture | 318 S. Aztec Rd., Golden Valley, AZ 86413 | 8,992.25 |
| Design - AZ sales office | 325 S. Aztec Rd., Golden Valley, AZ 86413 | 1,291.68 |
| Arizona Sales office model 4210 | 363 S. Aztec Rd., Golden Valley, AZ 86413 | 1,666.66 |
| Arizona Sales office model 3431 | 364 S. Aztec Rd., Golden Valley, AZ 86413 | 1,666.66 |
| Models 4264 & 2757 | 360 S. Aztec Rd., Golden Valley, AZ 86413 | 3,612.52 |
| Models 3697 & 3389 | 361 S. Aztec Rd., Golden Valley, AZ 86413 | 3,356.37 |
| Photo Copier | 314 S. Aztec Rd., Golden Valley, AZ 86413 | 3,397.50 |
| Plotter | 315 S. Aztec Rd., Golden Valley, AZ 86413 | 2,711.42 |
| Printer | 316 S. Aztec Rd., Golden Valley, AZ 86413 | 1,031.53 |
| IBM Laptop | 317 S. Aztec Rd., Golden Valley, AZ 86413 | 511.58 |
| Timberline additional users | 319 S. Aztec Rd., Golden Valley, AZ 86413 | 3,117.51 |
| Phillips 30" LCD | 321 S. Aztec Rd., Golden Valley, AZ 86413 | 610.35 |
| 2 Servers | 322 S. Aztec Rd., Golden Valley, AZ 86413 | 1,549.26 |
| 2 Laptop Computers | 323 S. Aztec Rd., Golden Valley, AZ 86413 | 890.80 |
| Laptop #5FKTA63804 60GB-COMB | 326 S. Aztec Rd., Golden Valley, AZ 86413 | 708.09 |
| Punchlist Manager Enterprise System | 327 S. Aztec Rd., Golden Valley, AZ 86413 | 1,258.74 |
| Lazer Level | 330 S. Aztec Rd., Golden Valley, AZ 86413 | 480.81 |
| Autocad software 3D | 331 S. Aztec Rd., Golden Valley, AZ 86413 | 5,067.02 |
| Autodesk Software | 334 S. Aztec Rd., Golden Valley, AZ 86413 | 3,490.91 |
| 2 Autodesk Licenses | 335 S. Aztec Rd., Golden Valley, AZ 86413 | 7,020.64 |
| Insight shipper #803638 | 336 S. Aztec Rd., Golden Valley, AZ 86413 | 735.51 |
| Alarm & Phone system | 340 S. Aztec Rd., Golden Valley, AZ 86413 | 4,363.31 |
| Notebook computer | 341 S. Aztec Rd., Golden Valley, AZ 86413 | 785.40 |
| Smartbuy NX9600 | 342 S. Aztec Rd., Golden Valley, AZ 86413 | 822.68 |
| HP Printer | 343 S. Aztec Rd., Golden Valley, AZ 86413 | 674.62 |
| 4 HP Printers | 344 S. Aztec Rd., Golden Valley, AZ 86413 | 4,841.75 |
| Computer | 345 S. Aztec Rd., Golden Valley, AZ 86413 | 2,841.96 |
| HP Designjet | 346 S. Aztec Rd., Golden Valley, AZ 86413 | 4,293.21 |
| Proliant DL145G2 | 347 S. Aztec Rd., Golden Valley, AZ 86413 | 2,284.31 |
| Filemaker | 348 S. Aztec Rd., Golden Valley, AZ 86413 | 1,193.52 |
| HP Computer | 349 S. Aztec Rd., Golden Valley, AZ 86413 | 707.54 |
| HP Compaq | 350 S. Aztec Rd., Golden Valley, AZ 86413 | 693.29 |
| HP Compaq | 351 S. Aztec Rd., Golden Valley, AZ 86413 | 693.29 |
| Computer | 356 S. Aztec Rd., Golden Valley, AZ 86413 | 816.90 |
| Computer | 357 S. Aztec Rd., Golden Valley, AZ 86413 | 750.02 |
| Computer | 358 S. Aztec Rd., Golden Valley, AZ 86413 | 1,090.49 |
| Computer supplies | 359 S. Aztec Rd., Golden Valley, AZ 86413 | 2,912.63 |
| Design Fees | 366 S. Aztec Rd., Golden Valley, AZ 86413 | 7,704.01 |
| Design Fees | 367 S. Aztec Rd., Golden Valley, AZ 86413 | 2,197.80 |
| Graphisoft Design Fees | 368 S. Aztec Rd., Golden Valley, AZ 86413 | 9,000.01 |
| Graphisoft | 369 S. Aztec Rd., Golden Valley, AZ 86413 | 6,632.99 |
| Computer | 370 S. Aztec Rd., Golden Valley, AZ 86413 | 917.69 |
| Computer | 371 S. Aztec Rd., Golden Valley, AZ 86413 | 576.56 |
| Computer | 372 S. Aztec Rd., Golden Valley, AZ 86413 | 764.08 |
| | | **113,211.13** |

| Asset Desc | Location | Net Book Value |
|---|---|---|
| Design Fee for construction trailer | 333 S. Aztec Rd., Golden Valley, AZ 86413 | 1,260.00 |
| Trailer | 338 S. Aztec Rd., Golden Valley, AZ 86413 | 5,648.50 |
| GPS Rover Kit | 339 S. Aztec Rd., Golden Valley, AZ 86413 | 11,733.34 |
| 2 80K Mag Generators | 355 S. Aztec Rd., Golden Valley, AZ 86413 | 22,412.44 |
| Laser Level | 365 S. Aztec Rd., Golden Valley, AZ 86413 | 627.75 |
| Godwnin HL80 Dri-Prime Diesel Drive Pump | 378 S. Aztec Rd., Golden Valley, AZ 86413 | 10,843.44 |
| | | 52,525.47 |

Rhodes Homes Arizona
Schedule B - Personal Property
Line 35 - Other
March 31, 2009

| **Prepaids** | |
|---|---:|
| Snell & Wilmer | 5,000.00 |
| Development Planninf & Financial Group | 2,500.00 |
| Gallagher & Kennedy | 5,000.00 |
| Home Builders Research | 3,750.00 |
| Daniel Brodsky Architects (retainer for factory house design) | 10,000.00 |
| Daniel Brodsky Architects (retainer for factory house design) | 5,075.15 |
| Taylor Popko | 5,000.00 |
| Builder MT (ppd 3 Mos @ $600.00/mo) | 1,800.00 |
| Health Premium - Dec | 1,302.32 |
| Health Premium - Mar | 5,744.88 |
| Unisource Line Extension - 5033 Amythest | 14,606.15 |
| Unisource Line Extension - 5225 Opal | 2,964.70 |
| Unisource Line Extension - 5353 Turquoise | 6,107.85 |
| Unisource Line Extension - 5384 Alexandrite | 6,844.32 |
| Prepaids Balance 3/31/09 | 75,695.37 |

B6F (Official Form 6F) (12/07)

In re  **Rhodes Homes Arizona, LLC**                                          ,    Case No.  **09-14882**
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James M. Rhodes**<br>**252 Angels Trace Ct.**<br>**Las Vegas, NV 89147** | | - | **Insider Claim** | | | | **151,999.01** |
| Account No.<br><br>Lexon Insurance Company<br>Bond Safeguard Insurance Company<br>1919 S. Highland Dr. Bldg. A<br>Suite 300<br>Lombard, IL 60148 | X | - | Bond No. 5022081 | X | | | Unknown |
| Account No.<br><br>Mohave County<br>700 W. Beale Street<br>Kingman, AZ 86402 | | - | Bond Beneficiary | X | X | | Unknown |
| Account No.<br><br>Schedule F01<br>See Attachment F01 | | - | Litigation Claims | X | X | X | Unknown |
| __1__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 151,999.01 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Rhodes Homes Arizona, LLC**, Case No. **09-14882**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Schedule F02**<br>**See Attachment F2** | | - | **Homeowner Claims** | X | X | X | **Unknown** |
| Account No.<br><br>**Schedule F03**<br>**See Attachment F3** | | - | **Accounts Payable** | | | | **110,756.35** |
| Account No.<br><br>**Schedule F04**<br>**See Attachment F4** | | - | **Intercompany Claims** | | | | **58,386,446.67** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,497,203.02**

Total (Report on Summary of Schedules) **58,649,202.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re Rhodes Homes Arizona, LLC  
Attachment F1  
Litigation Claims

09-14882

| Creditor | Address | Address | City ST Zip | Type of Claim | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| Martinez & Turek, Inc. | Leonard Dicker Schreiber LLP | 9430 Olympic Boulevard 400 | Beverly Hills, CA 90212-4519 | Litigation | x | x | x | Unknown |

| Creditor | Address | Address | City ST Zip | Type of Claim | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3967 HEATHER AVE LLC | 3967 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| AL KHATIB EMAN JAMAL CPWRS | 3842 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ALBRECHT CURTIS C | 3955 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ALLEN KRISTOPHER R | 3986 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ANDERSEN KES G RUTH M TRUSTEES | 3913 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| APPLEBY TAD HEATHER JT | 3980 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ARELLANO CEBALLOS ERACLIO CPWRS 50 | 3781 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ASHFORD DOUGLAS KELLI CPWRS | 3895 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| AURORA LOAN SERVICES LLC | 3811 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BANGTSON MATTEW A SARAH L CPWRS | 3877 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BARONE JAMES H III JOY | 3782 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BERDIEL OLGA M | 3902 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BIRON STEVE C | 3901 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BLACK DEVELOPMENT LLC | 3871 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BLACK JOSEPH MARY CPWRS | 3829 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BRUNO LEE TRUSTEE 50 | 3931 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BUHR TREVOR L KATHY L | 3962 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| BURLAKOFF GEORGE H | 3848 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| CHAMBERLAIN EDWARD R JUDITH JT | 3932 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| CHANEY MORRIS J II MELISSA CO TRUSTEES | 3907 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| CHINYERE ANSEL STELIA CPWRS | 3938 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| CORBETT DAVID M CAMBREA B CPWRS | 3914 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| FRANK WILLIAM J SUZANNE JT | 3872 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| FRANK WILLIAM SUZANNE CPWRS | 3925 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| GATLIFF ERIC MICHELLE CPWRS | 3799 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| HAMBARIAN JOSHUA A 50 | 3788 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| HARTWELL KRISTA | 3805 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| HAYE DANIEL J | 3919 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| HUBKA SONDRA S | 3787 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| HUPF RAYMOND J CAROLE S CPWRS | 3908 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| JACKSON MARSHA L | 3999 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| JACKSON MARSHA L | 3896 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| KENTON RUSSELL CINDY JT | 3985 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| KIELSMEIER CLAYTON R | 3812 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| KIELSMEIER RAYMOND M ETAL | 3943 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| LITTON LOAN SERVICING LP | 3920 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MAHAN SUE ANN | 3853 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MARIK VACLAV R | 3949 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MARINE FLYNN JT 50 | 3961 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MARTIN RONALD KATHY CPWRS | 3775 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| Matthew Tanico | 9316 Bearded Iris Ave | | Las Vegas, NV 89148 | Homeowner | x | x | x | Unknown |
| MATTINGLY JAMES D ROBIN CPWRS | 3836 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MEYER MICHAEL JT 50 | 3878 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| MILLER RICHARD LIZBETH CPWRS | 5353 S TURQUOIS RD | | Golden Valley, AZ 86413 | Homeowner | x | x | x | Unknown |
| MILLER RICHARD LIZBETH CPWRS | PO BOX 783 | | KINGMAN, AZ 86402 | Homeowner | x | x | x | Unknown |
| MYERS TOM | 3866 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| NELSON JUDY | 3841 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| PATTERSON JOHN | 3979 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| PENNINGTON JULIE | 3950 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| R Ranch Ventures LLC | 531 Towne Ave | | Los Angeles, CA 90013 | Homeowner | x | x | x | Unknown |
| RHODES HOMES ARIZONA LLC | 3806 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| RHODES JAMES M | 3800 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| RHODES JAMES M | 3776 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| RICH WILLIAM ELEANOR TRUSTEES | 3793 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| ROTROFF WILLIAM H | 3998 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| RUIZ RALPH L | 3859 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SANDERS MARY E | 3968 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SEITZ MICHAEL E | 3937 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SEITZ MICHAEL G TRUSTEE | 3973 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SEVILLA ROLANDO NENITA CPWRS | 3860 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SEVILLA ROLANDO Q NENITA S CO TRUSTEE | 3956 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SHIVONE MARIA L | 3830 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SIMMONS KENT T VIRGINIA S CPWRS | 3974 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| STUTZMAN JOHN E | 3865 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SUBU VIDU JULIETA JT | 3794 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| SWAFFORD DALE TAMMY CPWRS | 3991 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| TEIJEIRO ARMANDO | 3817 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| TENNESSEN THEODORE J | 3835 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| THE SALVATION ARMY | 3926 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| THOMPSON ALDEN BETTY CPWRS | 3818 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| VIRGIL STEVE GLENNA JT | 3823 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| WASSELL PAUL J VICTORIA L CPWRS | 3847 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |
| WU HUAN MING JT 50 | 3854 HEATHER AVE | | Kingman, AZ 86401 | Homeowner | x | x | x | Unknown |

In re Rhodes Homes Arizona, LLC                                                                                                   09-14882
**AMENDED** Attachment F3
Accounts Payable

| Name | Address | City | ST | Zip | Balance | Description |
|---|---|---|---|---|---|---|
| Arizona Corporation Commission | 1300 W. Washington | Phoenix | AZ | 85007-2929 | 234.00 | Construction Costs |
| Bancroft, Susa & Galloway | 4713 E. Camp Lowell Drive | Tucson | AZ | 85712 | 25,121.24 | ~~Construction Costs~~ Property Tax Appeal |
| Bowman & Brook, LLP | 2901 N Central Ave #1600 | Phoenix | AZ | 85012 | 1,400.00 | ~~Construction Costs~~ Legal Services |
| ~~Cabinetec, Inc.~~ | ~~2711 E. Craig Road Suite A & B~~ | ~~North Las Vegas~~ | ~~NV~~ | ~~89030~~ | ~~21,619.99~~ | ~~Construction Costs~~ |
| Development Planning & Finance | 27127 Calle Arroyo #1910 | San Juan Capistrano | CA | 92675 | 6,296.29 | ~~Construction Costs~~ Consulting Services |
| Don's Office Products | 216 N 5th St | Kingman | AZ | 86401-5818 | 283.30 | Construction Costs |
| Golden Triangle Development | 244 Dark Forest Ave | Las Vegas | NV | 89123 | 500.00 | Construction Costs |
| Gordon & Rees LLP | 275 Battery Street #2000 | San Francisco | CA | 94111 | 2,280.00 | ~~Construction Costs~~ Legal Services |
| Kyle Moyer & Company, LLC | 7525 East Camelback Rd #104 | Scottsdale | AZ | 85251 | 30,000.00 | Professional Services |
| Mohave County Assessor | 700 W. Beale St. | Kingman | AZ | 86402 | 110.00 | Construction Costs |
| Pitney Bowes Global Financial | PO Box 856460 | Louisville | KY | 40285-6460 | 313.32 | Construction Costs |
| Registrar of Contractors | 800 W Washington 6th Floor | Phoenix | AZ | 85007-2671 | 590.00 | Construction Costs |
| Slater Hanifan Group | 5740 S Arville #216 | Las Vegas | NV | 89118 | 10,605.00 | Construction Costs |
| Tait & Associates, Inc. | P.O. Box 11118 | Santa Ana | CA | 92711-1118 | 26,820.00 | ~~Construction Costs~~ Professional Services |
| UniSource Energy Services-Elec | 2498 Airway Avenue | Kingman | AZ | 86402-3099 | 6,175.28 | Construction Costs |
| Valley Pioneers Water | 5998 W. Chino Drive | Golden Valley | AZ | 86413 | 27.92 | Construction Costs |
| ~~UniSource Energy Services~~ | ~~2498 Airway Avenue~~ | ~~Kingman~~ | ~~AZ~~ | ~~86402-3099~~ | ~~1,520.44~~ | ~~Construction Costs~~ |
| ~~Spirit Underground, LLC~~ | ~~3525 West Hacienda Avenue~~ | ~~Las Vegas~~ | ~~NV~~ | ~~89118~~ | ~~97,260.65~~ | ~~Construction Costs~~ |
| ~~Slater Hanifan Group~~ | ~~5740 S Arville #216~~ | ~~Las Vegas~~ | ~~NV~~ | ~~89118~~ | ~~3,625.00~~ | ~~Construction Costs~~ |
| ~~Kyle Moyer & Company, LLC~~ | ~~7525 East Camelback Rd #104~~ | ~~Scottsdale~~ | ~~AZ~~ | ~~85251~~ | ~~30,000.00~~ | ~~Construction Costs~~ |
| ~~Heritage Land Company~~ | ~~4730 S Fort Apache #300~~ | ~~Las Vegas~~ | ~~NV~~ | ~~89147~~ | ~~58,384,070.92~~ | ~~Intercompany~~ |
| ~~James M Rhodes~~ | ~~4730 S Fort Apache #300~~ | ~~Las Vegas~~ | ~~NV~~ | ~~89147~~ | ~~381,043.95~~ | ~~Intercompany~~ |
| ~~Pinnacle Grading~~ | ~~313 S Aztec Rd~~ | ~~Golden Valley~~ | ~~AZ~~ | ~~86413~~ | ~~893.37~~ | ~~Intercompany~~ |

~~58,982,323.77~~
110,756.35

In re Rhodes Homes Arizona, LLC                                                                                                   09-14882
Attachment F4
Intercompany Claims

| Heritage Land Company | 4730 S Fort Apache #300, Las Vegas, NV 89147 | 58,384,070.92 |
|---|---|---|
| Pinnacle Grading | 313 S Aztec Rd, Golden Valley, AZ 86413 | 2,375.75 |
| | | 58,386,446.67 |

Document comparison done by Workshare DeltaView on Saturday, June 27, 2009 1:32:56 PM

| Input: | |
|---|---|
| Document 1 | file://U:/My Documents/RHODES/RHA - F.doc |
| Document 2 | file://U:/My Documents/RHODES/RHA - F2.doc |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 73 |
| Deletions | 60 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 133 |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION**

In re:  The Rhodes Companies, LLC, et al.,[1]                    Case No. 09-14814
                                                                                         (Jointly Administered)

**Notes and Statement of Limitations and Methodology Regarding the Debtors' Amended Schedules of Assets and Liabilities and Statement of Financial Affairs**

The above-captioned Debtors (the "Debtors") each submit their respective Amended Schedules of Assets and Liabilities (the "Schedules") and Amended Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules.  The previously-filed *Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* are also incorporated herein.  These notes collectively comprise an integral part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules.  Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtors in accordance with the Debtors' financial reporting and accounting policies and procedures.

**Notes Regarding the Debtors' Statement and Schedules**

Any changes to the schedules are shown as highlighted in yellow on the PDF of the filed version of the Schedules.

Any changes to attachments to the schedules are shown with a blackline of the attachment.  In the case of Schedule of Financial Affairs question no. 18 for Heritage Land Company, LLC and The Rhodes Companies, LLC, the attachment was omitted from the original filing and is attached to the amendment.

**Note to Schedule F  - Creditors Holding Unsecured Nonpriority Claims**

Amended Schedule F is revised to reflect invoices received through May 31, 2009 for goods or services provided prior to the Petition Date.

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

2

Additionally, the Debtor has received authority from the Bankruptcy Court through various orders to make payments to certain holders of claims for amounts owed prior to the Petition Date. If those amounts have been paid pursuant to Bankruptcy Court Order through the course of the Debtor's Chapter 11 Case, the Debtor's books and records no longer show any amount owing to the vendor and, accordingly, such vendor's claim may be listed as $0.00.

2

DOCS_LA:201483.5

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Rhodes Homes Arizona, LLC**                                   Case No.  **09-14882**
                                                  Debtor(s)             Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _7/1/09_                           Signature   _/s/ Joseph Schramm_
                                                     Joseph Schramm
                                                     Authorized Agent

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§ 152 and 3571.